**No. 26-5140**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**UNITED STATES OF AMERICA**

Plaintiff/Appellee

v.

**KEITH STALLWORTH**

Defendant/Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

---

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

Alana Van Gundy (100651)
Attorney for Mr. Stallworth
Van Gundy Law, LLC
P.O. Box 245
Bellbrook, Ohio 45305
513-512-5920
avg@vangundylaw.com

Now comes Appellant, Mr. Keith Stallworth, pursuant to Fed. R. App. P 26(b), which provides that: “For good cause, the Court may extend the time prescribed by these rules or by its order to perform any act or may permit an act to be done after that time expires”.

Appellant’s brief is presently due on August 20, 2026. Appellant requests an additional fourteen days until September 3rd, 2026, to file the brief.

For good cause, counsel a) requires additional time to fully research additional issues and prepare the brief and b) Mr. Stallworth raised these two additional issues the week prior to the deadline. Mr. Stallworth had been removed from the B.O.P. and Counsel was unable to reach her client until the week before the brief deadline. Appellant pleaded guilty to possession with intent to distribute 40 grams or more of a mixture of fentanyl, possession with intent to distribute 50 grams or more of actual methamphetamine and knowingly maintaining a stash house. He was found guilty at trial of four additional counts. Mr. Stallworth was sentenced to the Bureau of Prisons for seven hundred and eighty (780) months. Mr. Stallworth is presently incarcerated so there would be no prejudice to the government for granting this motion.

This is Mr. Stallworth’s second request for an extension of time and is not interposed for the purpose of delay. Mr. Stallworth and his Counsel do not anticipate the need to ask for any further extensions.

Respectfully submitted,

/s/Alana Van Gundy

Alana Van Gundy (100651)
Attorney for Mr. Stallworth
Van Gundy Law, LLC
P.O. Box 245
Bellbrook, Ohio 45305
513-512-5920
avg@vangundylaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent this 19th day of August, 2026, by ECF filing, to the office of the Assistance United States Attorney of Record.

/s/Alana Van Gundy
Alana Van Gundy
Attorney for Mr. Stallworth